IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS H. WILLIAMS, SR.                                                                      PLAINTIFF

v.                           Civil No. 07-2121

C.O. GORDON; THOMAS TRAVIS;
SEBASTIAN COUNTY SHERIFF'S
OFFICE; SHERIFF FRANK ATKINS;
CAPTAIN MIKE CONGER; JAIL
ADMINISTRATOR DEVEAN;
C.O. SOSBEEB; JIM DOE, Head
of Maintenance; and BILL DOE,
#2 Maintenance                                                                               DEFENDANTS

## ORDER

On March 19, 2008, the defendants filed a motion to compel (Doc. 22). Defendants indicate plaintiff has failed to respond to requests for the production of documents and has failed to execute a medical authorization. Defendants note plaintiff contends he was injured due to defendants' failure to protect him from attack by another inmate and that his injuries were severe enough to require medical attention at Sparks Regional Medical Center. To properly defend against plaintiff's claims, defendants maintain they are entitled to copies of plaintiff's medical records. The court agrees.

The motion to compel (Doc. 22) is granted. Plaintiff is directed to provide defendants with responses to the requests for production of documents by **June 3, 2008.** Plaintiff is also directed to provide defendants **by June 3, 2008,** with executed medical authorizations for Sparks Regional Medical Center, the Arkansas Department of Correction, and any other medical provider identified by the plaintiff.

IT IS SO ORDERED this 13th day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE