IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS H. WILLIAMS, SR.                         PLAINTIFF

   V.                Civil No. 07-2121

C.O. GORDON; THOMAS TRAVIS;
SHERIFF FRANK ATKINSON; MIKE
CONGER; ADMINISTRATOR DEVEAN;
C.O. SOSBEEB; JIM DOE,
Head of Maintenance; and BILL
DOE, #2 Maintenance                             DEFENDANTS

<u>O R D E R</u>

On this 15th day of March 2010, there comes on for consideration the report and recommendation filed in this case on February 23, 2010, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 38). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge