IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS H. WILLIAMS, SR.     PLAINTIFF

v.     Civil No. 07-2121

C.O. GORDON; THOMAS TRAVIS;
SHERIFF FRANK ATKINSON;
CAPTAIN MIKE CONGER; JAIL
ADMINISTRATOR DEVANE;
C.O. SOSBEEB; JIM SLAVINS, Head
of Maintenance; and BILL DOE,
#2 Maintenance     DEFENDANTS

**ORDER**

    Plaintiff has filed a motion (Doc. 44) asking for a court order producing a number of documents. It appears that all documents requested were filed as exhibits (Doc. 33) by defendants with their summary judgment motion. Plaintiff was provided a copy at that time. The motion (Doc. 44) is denied.

    IT IS SO ORDERED this 3rd day of June 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)